## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DEKALB REGIONAL MEDICAL CENTER**                )
200 Medical Center Drive                          )
Fort Payne, AL  35968                             )
                                                  )
**STRINGFELLOW MEMORIAL HOSPITAL**                )
301 East 18th Street                              )
Anniston, AL  36207                               )
                                                  )
**RIVERVIEW REGIONAL MEDICAL CENTER**             )
600 South Third Street                            )
Gadsden, AL  35901                                )
                                                  )
**SAINT VINCENT'S BLOUNT**                        )
29 LV Stabler Drive                               )
Greenville, AL  36037                             )
                                                  )
**PROVIDENCE ALASKA MEDICAL CENTER**              )
3200 Providence Drive                             )
Anchorage, AK  99508                              )
                                                  )
**JOHN C. LINCOLN NORTH MOUNTAIN HOSPITAL**       )
250 East Dunlap Avenue                            )
Phoenix, AZ  85020                                )
                                                  )
**JOHN C. LINCOLN DEER VALLEY HOSPITAL**          )
19829 North 27th Avenue                           )
Phoenix, AZ  85027                                )
                                                  )
**ARIZONA REGIONAL MEDICAL CENTER**               )
515 North Mesa Drive                              )
Mesa, AZ  85201                                   )
                                                  )
**MERCY MEDICAL CENTER**                          )
2710 South Rife Medical Lane                      )
Rogers, AR  72758                                 )
                                                  )
**BAPTIST HEALTH-VAN BUREN**                      )
East Main & South 20th Streets                    )
Van Buren, AR  72956                              )
                                                  )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**BMH-FOREST CITY**                                      )
1601 Newcastle Road                                     )
Forrest City, AR  72335                                 )
                                                        )
**SOUTHWEST REGIONAL MEDICAL CENTER**                   )
11401 Interstate 30                                     )
Little Rock, AR  72209                                  )
                                                        )
**ST. JOSEPH MERCY HEALTH CENTER**                      )
300 Werner Street                                       )
Hot Springs, AR  71913                                  )
                                                        )
**BAPTIST HEALTH-FORT SMITH**                           )
1001 Towson Avenue                                      )
Fort Smith, AR  72901                                   )
                                                        )
**MERCY HOSPITAL FORT SMITH**                           )
**AKA ST. EDWARD MERCY MEDICAL**                        )
7301 Rogers Avenue                                      )
Fort Smith, AR  72903                                   )
                                                        )
**HELENA REGIONAL MEDICAL CENTER**                      )
1801 Martin Luther King Drive                           )
Helena, AR  72342                                       )
                                                        )
**HOLLYWOOD PRESBYTERIAN MEDICAL CENTER**               )
1300 North Vermont Avenue                               )
Los Angeles, CA  90027                                  )
                                                        )
**LITTLE COMPANY OF MARY HOSPITAL - SAN PEDRO** )
1300 West Seventh Street                                )
San Pedro, CA  90732                                    )
                                                        )
**SAN GABRIEL VALLEY MEDICAL CENTER**                   )
438 West Las Tunas Drive                                )
San Gabriel, CA  91778                                  )
                                                        )
**WATSONVILLE COMMUNITY HOSPITAL**                      )
75 Neilson Street                                       )
Watsonville, CA  95076                                  )
                                                        )
**PROVIDENCE SAINT JOSEPH MEDICAL CENTER**              )
501 South Buena Vista Street                            )
Burbank, CA  91505                                      )
                                                        )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**METHODIST HOSPITAL**                                      )
300 West Huntington Drive                                   )
Arcadia, CA  91007                                          )
                                                           )
**PROVIDENCE HOLY CROSS MEDICAL CENTER**                   )
15031 Rinaldi Street                                        )
Mission Hills, CA  91345                                    )
                                                           )
**ALHAMBRA HOSPITAL MEDICAL CENTER**                       )
100 South Raymond Avenue                                    )
Alhambra, CA  91801                                         )
                                                           )
**BARSTOW COMMUNITY HOSPITAL**                             )
820 East Mountain View Street                               )
Barstow, CA  92311                                          )
                                                           )
**LITTLE COMPANY OF MARY HOSPITAL - TORRANCE** )
4101 Torrance Boulevard                                     )
Torrance, CA  90503                                         )
                                                           )
**PACIFICA HOSPITAL OF THE VALLEY**                        )
9449 San Fernando Road                                      )
Sun Valley, CA  91352                                       )
                                                           )
**COMMUNITY MEMORIAL HOSPITAL**                            )
147 North Brent Street                                      )
Ventura, CA  93003                                          )
                                                           )
**BELLFLOWER MEDICAL CENTER**                              )
9542 East Artesia Boulevard                                 )
Bellflower, CA  90706                                       )
                                                           )
**LOS ANGELES METROPOLITAN MEDICAL CENTER**                )
2231 South Western Avenue                                   )
Los Angeles, CA  90018                                      )
                                                           )
**HEART HOSPITAL OF BAKERSFIELD**                          )
3001 Sillect Avenue                                         )
Bakersfield, CA  93308                                      )
                                                           )
**WHITTIER HOSPITAL MEDICAL CENTER**                       )
9080 Colima Road                                            )
Whittier, CA  90605                                         )
                                                           )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**MONTEREY PARK HOSPITAL**                                )
900 South Atlantic Boulevard                              )
Monterey Park, CA  91754                                  )
                                                          )
**GARFIELD MEDICAL CENTER**                               )
525 North Garfield Avenue                                 )
Monterey Park, CA  91754                                  )
                                                          )
**GREATER EL MONTE COMMUNITY HOSPITAL**                   )
1701 Santa Anita AvenueSouth                              )
El Monte, CA  91733                                       )
                                                          )
**TARZANA PROVIDENCE HEALTH SYSTEM**                      )
18321 Clark Street                                        )
Tarzana, CA  91356                                        )
                                                          )
**LONGMONT UNITED HOSPITAL**                              )
1950 Mountain View Avenue                                 )
Longmont, CO  80501                                       )
                                                          )
**DENVER HEALTH**                                         )
777 Bannock Street                                        )
Denver, CO  80204                                         )
                                                          )
**PARKVIEW MEDICAL CENTER**                               )
400 West Sixteenth Street                                 )
Pueblo, CO  81003                                         )
                                                          )
**ST. FRANCIS HOSPITAL AND MEDICAL CENTER**               )
114 Woodland Street                                       )
Hartford, CT  6105                                        )
                                                          )
**WATERBURY HOSPITAL**                                    )
64 Robbins Street, 4th Floor                              )
Waterbury, CT  6721                                       )
                                                          )
**STAMFORD HOSPITAL**                                     )
1351 Washington Blvd., 7th Floor                          )
Stamford, CT  6904                                        )
                                                          )
**LAWRENCE & MEMORIAL HOSPITAL**                          )
365 Montauk Avenue, 7th Floor                             )
Stamford, CT  6320                                        )
                                                          )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**ST. MARY'S HOSPITAL**                              )
56 Franklin Street                                  )
Waterbury, CT  06706                                )
                                                    )
**MIDDLESEX HOSPITAL**                              )
28 Crescent Street                                  )
Middletown, CT  6457                                )
                                                    )
**BACKUS HOSPITAL**                                 )
326 Washington Street                               )
Norwich, CT  6360                                   )
                                                    )
**HARTFORD HOSPITAL**                               )
80 Seymour Street                                   )
Hartford, CT  6102                                  )
                                                    )
**BRISTOL HOSPITAL**                                )
41 Brewster Road                                    )
Bristol, CT  6010                                   )
                                                    )
**THE DANBURY HOSPITAL**                            )
24 Hospital Avenue                                  )
Danbury, CT  6810                                   )
                                                    )
**NORWALK HOSPITAL**                                )
24 Stevens Street                                   )
Norwalk, CT  6856                                   )
                                                    )
**THE HOSPITAL OF CENTRAL CONNECTICUT**             )
**AT NEW BRITAIN GENERAL**                          )
389 John Downey Street                              )
New Britain, CT  6050                               )
                                                    )
**UCONN JOHN DEMPSEY HOSPITAL**                     )
263 Farmington Avenue                               )
Farmington, CT  6032                                )
                                                    )
**SHANDS JACKSONVILLE MEDICAL CENTER**              )
655 West Eighth Street                              )
Jacksonville, FL  32209                             )
                                                    )
**BETHESDA MEMORIAL HOSPITAL**                      )
2815 South Seacrest Boulevard                       )
Boynton Beach, FL  33435                            )
                                                    )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**HALIFAX HOSPITAL MEDICAL CENTER** )
303 North Clyde Morris Boulevard )
Daytona Beach, FL  32114 )
)
**NCH BAKER DOWNTOWN** )
350 Seventh Street North )
Naples, FL  34102 )
)
**JAMES E. HOLMES REGIONAL MEDICAL CENTER** )
1350 South Hickory Street )
Melbourne, FL  32901 )
)
**HCA FLORIDA HIGHLANDS HOSPITAL** )
3600 South Highlands Avenue )
Sebring, FL  33870 )
)
**WINTER HAVEN HOSPITAL** )
200 Avenue F, Northeast )
Winter Haven, FL  33881 )
)
**BRAVERA HEALTH BROOKSVILLE** )
17240 Cortez Boulevard )
Brooksville, FL  34601 )
)
**SHOREPOINT HEALTH PORT CHARLOTTE** )
2500 Harbor Boulevard )
Port Charlotte, FL  33952 )
)
**LEESBURG REGIONAL MEDICAL CENTER** )
600 East Dixie Avenue )
Leesburg, FL  34748 )
)
**ROCKLEDGE REGIONAL MEDICAL CENTER** )
110 Longwood Avenue )
Rockledge, FL  32955 )
)
**CLEVELAND CLINIC INDIAN RIVER HOSPITAL** )
1000 Thirty-Sixth Street )
Vero Beach, FL  32960 )
)
**LEHIGH REGIONAL MEDICAL CENTER** )
1500 Lee Boulevard )
Lehigh Acres, FL  34108 )
)

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**BARTOW REGIONAL MEDICAL CENTER**                    )
2200 Osprey Boulevard                                )
Bartow, FL  34108                                    )
                                                     )
**SANTA ROSA MEDICAL CENTER**                        )
6002 Berryhill Road                                  )
Milton, FL  32570                                    )
                                                     )
**ADVENTHEALTH HEART OF FLORIDA**                    )
40100 United States Highway 27                       )
Davenport, FL  33837                                 )
                                                     )
**LOWER KEYS MEDICAL CENTER**                        )
5900 College Road                                    )
Key West, FL  33040                                  )
                                                     )
**LARKIN COMMUNITY HOSPITAL**                        )
7031 Southwest 62nd Avenue                           )
South Miami, FL  33143                               )
                                                     )
**ADVENTHEALTH DADE CITY**                           )
13100 Fort King Road                                 )
Dade City, FL  33525                                 )
                                                     )
**BRAVERA HEALTH SEVEN RIVERS**                      )
6201 North Suncoast Boulevard                        )
Crystal River, FL  34428                             )
                                                     )
**PHYSICIANS REGIONAL MEDICAL**                      )
**CENTER-PINE RIDGE**                                )
6101 Pine Ridge Road                                 )
Naples, FL  34119                                    )
                                                     )
**ORLANDO HEALTH ST. CLOUD HOSPITAL**                )
2906 17th Street                                     )
St. Cloud, FL  34769                                 )
                                                     )
**HAMILTON MEDICAL CENTER**                          )
1200 Memorial Drive                                  )
Dalton, GA  30720                                    )
                                                     )
**UNIVERSITY HOSPITAL**                              )
1350 Walton Way                                      )
Augusta, GA  30901                                   )
                                                     )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**MCG HEALTH, INC.**                                  )
1120 15th Street                                      )
Augusta, GA  30912                                    )
                                                      )
**JOHN D. ARCHBOLD MEMORIAL HOSPITAL**               )
915 Gordon Avenue                                     )
Thomasville, GA  31799                                )
                                                      )
**TRINITY HOSPITAL OF AUGUSTA**                      )
2260 Wrightsboro Road                                 )
Augusta, GA  30904                                    )
                                                      )
**WALTON REGIONAL MEDICAL CENTER**                   )
330 Alcovy Street                                     )
Monroe, GA  30655                                     )
                                                      )
**UNION GENERAL HOSPITAL**                           )
214 Hospital Circle                                   )
Blairsville, GA  30512                               )
                                                      )
**FLOYD MEDICAL CENTER**                             )
304 Turner McCall Boulevard                           )
Rome, GA  30165                                       )
                                                      )
**EAST GEORGIA REGIONAL MEDICAL CENTER**             )
1499 Fair Road                                        )
Statesboro, GA  30458                                )
                                                      )
**FANNIN REGIONAL HOSPITAL**                         )
2855 Old Highway 5, North                             )
Blue Ridge, GA  30513                                )
                                                      )
**ALTON MEMORIAL HOSPITAL**                          )
One Memorial Drive                                    )
Alton, IL  62002                                      )
                                                      )
**GALESBURG COTTAGE HOSPITAL**                       )
695 North Kellogg Street                              )
Galesburg, IL  61401                                 )
                                                      )
**VISTA MEDICAL CENTER EAST**                        )
1324 North Sheridan Road                              )
Waukegan, IL  60085                                  )
                                                      )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**METROSOUTH MEDICAL CENTER**                    )
12935 South Gregory Street                        )
Blue Island, IL  60406                            )
                                                  )
**GATEWAY REGIONAL MEDICAL CENTER**              )
2100 Madison Avenue                               )
Granite City, IL  62040                           )
                                                  )
**HEARTLAND REGIONAL MEDICAL CENTER**            )
3333 West DeYoung                                 )
Marion, IL  62959                                 )
                                                  )
**MEMORIAL HOSPITAL BELLEVILLE**                 )
4500 Memorial Drive                               )
Belleville, IL  62226                             )
                                                  )
**CROSSROADS COMMUNITY HOSPITAL**                )
8 Doctors Park Road                               )
Mount Vernon, IL  62864                           )
                                                  )
**KENTUCKIANA MEDICAL CENTER**                   )
4601 Medical Plaza Way                            )
Clarksville, IN  47129                            )
                                                  )
**MERCYONE WATERLOO MEDICAL CENTER**             )
3421 West Ninth Street                            )
Waterloo, IA  50702                               )
                                                  )
**VIA CHRISTI HOSPITAL IN PITTSBURG**            )
**(AKA MT. CARMEL REGIONAL MEDICAL CENTER)**     )
8200 E. Thorn                                     )
Wichita, KS  67226                                )
                                                  )
**MERCY HOSPITAL - INDEPENDENCE**                )
800 West Myrtle                                   )
Independence, KS  67301                           )
                                                  )
**THE UNIVERSITY OF KANSAS HOSPITAL**            )
3901 Rainbow Boulevard                            )
Kansas City, KS  66160-7220                       )
                                                  )
**STORMONT VAIL HOSPITAL**                       )
1500 S. W 10th Avenue                             )
Topeka, KS  66604-1353                            )
                                                  )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**VIA CHRISTI REGIONAL MEDICAL CENTER**                         )
929 North Saint Francis                                         )
Wichita, KS  67214                                             )
                                                               )
**PAUL B. HALL REGIONAL MEDICAL CENTER**                       )
625 James S. Trimble Boulevard                                 )
Paintsville, KY  41240                                         )
                                                               )
**THREE RIVERS MEDICAL CENTER**                                )
2485 Highway 644                                               )
Louisa, KY  41230                                             )
                                                               )
**KENTUCKY RIVER MEDICAL CENTER**                              )
540 Jett Drive                                                 )
Jackson, KY  41339                                            )
                                                               )
**THIBODAUX REGIONAL MEDICAL CENTER**                          )
602 North Acadia Road                                          )
Thibodaux, LA  70301                                          )
                                                               )
**OPELOUSAS GENERAL HOSPITAL**                                 )
539 East Prudhomme Street                                      )
Opelousas, LA  70570                                          )
                                                               )
**ABBEVILLE GENERAL HOSPITAL**                                 )
118 North Hospital Drive                                       )
Abbeville, LA  70510                                          )
                                                               )
**LAKE CHARLES MEMORIAL HOSPITAL**                             )
1701 Oak Park Boulevard                                        )
Lake Charles, LA  70601                                       )
                                                               )
**OAKLAWN HOSPITAL**                                           )
200 North Madison Avenue                                       )
Marshall, MI  49068                                           )
                                                               )
**ST. CLOUD HOSPITAL**                                         )
1406 Sixth Avenue North                                        )
St. Cloud, MN  56303                                          )
                                                               )
**MERIT HEALTH BILOXI**                                        )
150 Reynoir Street                                             )
Biloxi, MS  39530                                             )
                                                               )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**NORTHWEST MISSISSIPPI REGIONAL MED CTR**                )
1970 Hospital Drive                                                              )
Clarksdale, MS  38614                                                      )
                                                                                           )
**MERIT HEALTH CENTRAL**                                           )
1850 Chadwick Drive                                                        )
Jackson, MS  39204                                                         )
                                                                                           )
**ANDERSON REGIONAL MEDICAL CENTER SOUTH**     )
1102 Constitution Avenue                                                 )
Meridian, MS  39301                                                       )
                                                                                           )
**MERIT HEALTH RANKIN**                                            )
350 Crossgates Boulevard                                               )
Brandon, MS  39042                                                       )
                                                                                           )
**GULF COAST MEDICAL CENTER**                               )
180 Debuys Rd                                                                  )
Biloxi, MS  39531                                                            )
                                                                                           )
**MERIT HEALTH WOMAN'S HOSPITAL**                     )
1026 North Flowood Drive                                               )
Jackson, MS  39232                                                         )
                                                                                           )
**MERIT HEALTH RIVER OAKS**                                   )
1030 River Oaks Drive                                                     )
Flowood, MS  39232                                                       )
                                                                                           )
**MERCY HOSPITAL JOPLIN**                                        )
100 Mercy Way                                                               )
Joplin, MO  64804                                                          )
                                                                                           )
**BARNES-JEWISH HOSPITAL**                                     )
1 Barnes-Jewish Hospital Plaza                                        )
Saint Louis, MO  63110                                                    )
                                                                                           )
**COX NORTH HOSPITAL**                                           )
1423 North Jefferson Avenue                                          )
Springfield, MO  65802                                                   )
                                                                                           )
**ST. JOHN'S MERCY HOSPITAL-WA**                         )
901 East Fifth Street                                                         )
Washington, MO  63090                                                  )
                                                                                           )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**MERCY HOSPITAL LEBANON**                          )
100 Hospital Drive                                  )
Lebanon, MO  65536                                  )
                                                    )
**ST. JOHN'S HOSPITAL SPRINGFIELD**                 )
1235 East Cherokee Street                           )
Sprintfield, MO  65804                              )
                                                    )
**BOONE HOSPITAL CENTER**                           )
1600 East Broadway                                  )
Columbia, MO  65201                                 )
                                                    )
**OZARKS MEDICAL CENTER**                           )
1100 Kentucky Avenue                                )
West Plains, MO  65775                              )
                                                    )
**POPLAR BLUFF REGIONAL MEDICAL CENTER -**          )
**OAK GROVE**                                       )
2620 North Westwood Boulevard                       )
Poplar Bluff, MO  63901                             )
                                                    )
**PARKLAND HEALTH CENTER - FARMINGTON**             )
1101 West Liberty Street                            )
Farmington, MO  63640                               )
                                                    )
**CHRISTIAN HOSPITAL**                              )
11133 Dunn Road                                     )
Saint Louis, MO  63136                              )
                                                    )
**SAINT PATRICK HOSPITAL**                          )
500 West Broadway                                   )
Missoula, MT  59802                                 )
                                                    )
**MARY LANNING MEMORIAL HOSPITAL**                  )
715 N. Saint Joseph Ave.                            )
Hastings, NE  68901                                 )
                                                    )
**FRISBIE MEMORIAL HOSPITAL**                       )
11 Whitehall Road                                   )
Rochester, NH  3867                                 )
                                                    )
**ALTA VISTA REGIONAL HOSPITAL**                    )
104 Legion Drive                                    )
Las Vegas, NM  87701                                )
                                                    )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**NEW YORK DOWNTOWN HOSPITAL**                    )
170 William Street                                )
New York, NY  10038                               )
                                                  )
**FREDERICK FERRIS THOMPSON HOSPITAL**            )
350 Parrish Street                                )
Canandalgua, NY  14424                            )
                                                  )
**ATRIUM HEALTH CABARRUS**                        )
920 Church Street North                           )
Concord, NC  28025                                )
                                                  )
**SCOTLAND MEMORIAL HOSPITAL**                    )
500 Lauchwood Drive                               )
Laurinburg, NC  28352                             )
                                                  )
**NOVANT HEALTH FORSYTH MEDICAL CENTER**          )
3333 Silas Creek Parkway                          )
Winston-Salem, NC  27103                          )
                                                  )
**NOVANT HEALTH ROWAN MEDICAL CENTER**            )
612 Mocksville Avenue                             )
Salisbury, NC  28144                              )
                                                  )
**HARRIS REGIONAL HOSPITAL**                      )
68 Hospital Road                                  )
Silva, NC  28779                                  )
                                                  )
**ATRIUM HEALTH CLEVELAND**                       )
201 East Grover Street                            )
Shelby, NC  28150                                 )
                                                  )
**CAPE FEAR VALLEY MEDICAL CENTER**               )
1638 Owen Drive                                   )
Fayetteville, NC  28304                           )
                                                  )
**ATRIUM HEALTH KINGS MOUNTAIN**                  )
706 West King Street                              )
Kings Mountain, NC  28086                         )
                                                  )
**NOVANT HEALTH PRESBYTERIAN**                    )
**MEDICAL CENTER**                                )
200 Hawthorne Lane                                )
Charlotte, NC  28204                              )
                                                  )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**CAROLINAS HEALTHCARE SYSTEM BLUE RIDGE** )
 **- VALDESE** )
720 Malcolm Boulevard )
Connellys Springs, NC  28612 )
 )
**ATRIUM HEALTH WAKE FOREST BAPTIST** )
**WILKES MEDICAL CENTER** )
1370 West D Street )
North Wilkesboro, NC  28659 )
 )
**COLUMBUS REGIONAL HEALTHCARE SYSTEM** )
500 Jefferson Street )
Whiteville, NC  28472 )
 )
**BETSY JOHNSON REGIONAL HOSPITAL** )
800 Tilghman Drive )
Dunn, NC  28334 )
 )
**UNC HEALTH BLUE RIDGE** )
2201 South Sterling Street )
Morgantown, NC  28655 )
 )
**ATRIUM HEALTH ANSON** )
500 Morven Road )
Wadesboro, NC  28170 )
 )
**NOVANT HEALTH THOMASVILLE MEDICAL CENTER** )
207 Old Lexington Road )
Thomasville, NC  27360 )
 )
**ATRIUM HEALTH PINEVILLE** )
2001 Vail Avenue )
Charlotte, NC  28207 )
 )
**FIRSTHEALTH MOORE REGIONAL HOSPITAL** )
**- HAMLET** )
1000 West Hamlet Avenue )
Hamlet, NC  28345 )
 )
**CAROLINAS MEDICAL CENTER** )
1000 Blythe Boulevard )
Charlotte, NC  28203 )
 )
**ATRIUM HEALTH STANLY** )
301 Yadkin Street )
Albemarle, NC  28002 )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**LAKE NORMAN REGIONAL MEDICAL CENTER**    )
5811 P171 Fairview Road    )
Mooresville, NC  28117    )
    )
**ATRIUM HEALTH UNION**    )
600 Hospital Drive    )
Monroe, NC  28112    )
    )
**MARTIN GENERAL HOSPITAL**    )
310 South McCaskey Road    )
Williamston, NC  27892    )
    )
**DAVIS REGIONAL MEDICAL CENTER**    )
218 Old Mocksville Road    )
Statesville, NC  28625    )
    )
**ATRIUM HEALTH LINCOLN**    )
200 Gamble Drive    )
Lincolnton, NC  28093    )
    )
**NOVANT HEALTH MEDICAL PARK HOSPITAL**    )
1950 South Hawthorne Road    )
Winston Salem, NC  27103    )
    )
**PRESBYTERIAN ORTHOPEDIC HOSPITAL**    )
1901 Randolph Road    )
Charlotte, NC  28207    )
    )
**NOVANT HEALTH BRUNSWICK MEDICAL CENTER**    )
1 Medical Center Drive    )
Supply, NC  28462    )
    )
**ATRIUM HEALTH LINCOLN**    )
4130 US Highway 64 East    )
Murphy, NC  28906    )
    )
**ATRIUM HEALTH UNIVERSITY CITY**    )
8800 North Tryon Street    )
Charlotte, NC  28262    )
    )
**NOVANT HEALTH MATTHEWS MEDICAL CENTER**    )
1500 Matthews Township Parkway    )
Matthews, NC  28105    )
    )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**NOVANT HEALTH HUNTERSVILLE**                   )
**MEDICAL CENTER**                               )
10030 Gilead Road                                )
Huntersville, NC  28078                          )
                                                 )
**HAYWOOD REGIONAL MEDICAL CENTER**              )
4400 Gall Acres Drive, Suite A                   )
Charlotte, NC  28208                             )
                                                 )
**ST. ALEXIUS MEDICAL CENTER**                   )
900 East Broadway Avenue                         )
Bismark, ND  58501                               )
                                                 )
**MEDCENTER ONE HOSPITAL**                       )
300 N 7th St.                                    )
Bismark, ND  58506                               )
                                                 )
**AFFINITY MEDICAL CENTER**                      )
875 Eighth Street Northeast                      )
Massillon, OH  44646                             )
                                                 )
**MERCY HEALTH CENTER**                          )
4300 West Memorial Road                          )
Oklahoma City, OK  73120                         )
                                                 )
**ALLIANCEHEALTH DURANT**                        )
1800 University Boulevard                        )
Durant, OK  74701                                )
                                                 )
**MERCY MEMORIAL HEALTH CENTER**                 )
1011 14th Avenue Northwest                       )
Ardmore, OK  73401                               )
                                                 )
**SSM HEALTH ST. ANTHONY HOSPITAL - MIDWEST**    )
2825 Parklawn Drive                              )
Midwest City, OK  73110                          )
                                                 )
**ASANTE THREE RIVERS MEDICAL CENTER**           )
500 Southwest Ramsey Avenue                      )
Grants Pass, OR  97527                           )
                                                 )
**PROVIDENCE SAINT VINCENT MEDICAL CENTER**      )
9205 Southwest Barnes Road                       )
Portland, OR  97225                              )
                                                 )
                                                 )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**OREGON HEALTH & SCIENCE**                                  )
**UNIVERSITY HOSPITAL**                                      )
3181 Southwest Sam Jackson Park Road                         )
Portland, OR  97239                                          )
                                                             )
**ASANTE ROGUE REGIONAL MEDICAL CENTER**                     )
2825 East Barnett Road                                       )
Medford, OR  97504                                           )
                                                             )
**MCKENZIE-WILLAMETTE MEDICAL CENTER**                       )
1460 G Street                                                )
Springfield, OR  97477                                       )
                                                             )
**PROVIDENCE NEWBERG MEDICAL CENTER**                        )
1001 Providence Drive                                        )
Newberg, OR  97132                                           )
                                                             )
**WILLAMETTE FALLS HOSPITAL**                                )
1500 Division Street                                         )
Oregon City, OR  97045                                       )
                                                             )
**SALEM HOSPITAL**                                           )
890 Oak Street Southeast                                     )
Salem, OR  97301                                             )
                                                             )
**PROVIDENCE PORTLAND MEDICAL CENTER**                       )
4805 Northeast Glisan Street                                 )
Portland, OR  97213                                          )
                                                             )
**PROVIDENCE MEDFORD MEDICAL CENTER**                        )
1111 Crater Lake Avenue                                      )
Medford, OR  97504                                           )
                                                             )
**PROVIDENCE MILWAUKIE HOSPITAL**                            )
10150 Southeast 32nd Avenue                                  )
Milwaukie, OR  97222                                         )
                                                             )
**SAINT VINCENT HOSPITAL**                                   )
232 West 25th Street                                         )
Erie, PA  16544                                              )
                                                             )
**UPMC CARLISLE**                                            )
361 Alexander Spring Road                                    )
Carlisle, PA  17015                                          )
                                                             )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**UPMC PINNACLE LANCASTER**                      )
250 College Avenue                               )
Lancaster, PA  17603                             )
                                                 )
**UPMC LITITZ**                                  )
1500 Highlands Drive                             )
Lititz, PA  17542                                )
                                                 )
**LOCK HAVEN HOSPITAL**                          )
24 Cree Drive                                    )
Lock Haven, PA  17745                            )
                                                 )
**SUNBURY COMMUNITY HOSPITAL**                   )
350 North Eleventh Street                        )
Sunbury, PA  17801                               )
                                                 )
**PENN HIGHLANDS MON VALLEY**                    )
1163 Country Club Road                           )
Monongahela, PA  15063                           )
                                                 )
**HOSPITAL SAN LUCAS II**                        )
Ave. Tito Castro 917                             )
Ponce, PR  733                                   )
                                                 )
**HOSPITAL EPISCOPAL SAN LUCAS GUAYAMA**         )
**(CRISTO REDENTOR)**                            )
Urb. La Hacienda                                 )
Guayama, PR  00785-0011                          )
                                                 )
**HOSPITAL BUEN SAMARITANO**                     )
Carr Aguadilla San Juan                          )
Aguadilla, PR  00605-4055                        )
                                                 )
**DOCTOR'S CENTER BAYAMON**                      )
Calle J9 Extension Hermanas Davila               )
Bayamon, PR  960                                 )
                                                 )
**DOCTOR'S CENTER HOSPITAL MANATI**              )
Carretera 2 KM 47.7                              )
Manat, PR  674                                   )
                                                 )
**CAROLINA PINES REGIONAL MEDICAL CENTER**       )
1304 West Bobo Newsom Highway                    )
Hartsville, SC  29550                            )
                                                 )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**CHESTER MEDICAL CENTER**                                        )
One Medical Park Drive                                           )
Chester, SC  29706                                              )
                                                               )
**ANMED HEALTH**                                                )
800 North Fant Street                                           )
Anderson, SC  29621                                            )
                                                               )
**BON SECOURS SAINT FRANCIS HOSPITAL**                          )
2095 Henry Tecklenburg Drive                                    )
Charleston, SC  29414                                          )
                                                               )
**ROPER HOSPITAL**                                              )
316 Calhoun Street                                              )
Charleston, SC  29401                                          )
                                                               )
**MOUNT PLEASANT HOSPITAL**                                     )
3500 Highway 17 North                                           )
Mount Pleasant, SC  29466                                      )
                                                               )
**AVERA MCKENNAN HOSPITAL &**                                   )
**UNIVERSITY HEALTH CENTER**                                    )
1325 S. Cliff Avenue                                            )
Sioux Falls, SD  57105                                          )
                                                               )
**SANFORD USD MEDICAL CENTER SIOUX FALLS**                      )
900 W. Delaware Street                                          )
Sioux Falls, SD  57104                                          )
                                                               )
**RAPID CITY REGIONAL HOSPITAL**                                )
353 Fairmont Boulevard                                          )
Rapid City, SD  57701                                          )
                                                               )
**UNICOI COUNTY MEMORIAL HOSPITAL, INC.**                       )
100 Greenway Circle                                             )
Erwin, TN  37650                                               )
                                                               )
**HENDERSON COUNTY COMMUNITY HOSPITAL**                         )
200 West Church Street                                          )
Lexington, TN  38351                                           )
                                                               )
**WELLMONT BRISTOL REGIONAL MEDICAL CENTER** )
1 Medical Park Boulevard                                        )
Bristol, TN  37620                                             )
                                                               )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**HOLSTON VALLEY MEDICAL CENTER**                    )
130 Ravine Road                                      )
Kingsport, TN  37660                                )
                                                     )
**SYCAMORE SHOALS HOSPITAL**                         )
1501 West Elk Avenue                                )
Elizabethton, TN  37643                             )
                                                     )
**WELLMONT HAWKINS COUNTY**                          )
**MEMORIAL HOSPITAL**                                )
851 Locust Street                                   )
Rogersville, TN  37857                              )
                                                     )
**JOHNSON CITY SPECIALTY HOSPITAL**                  )
203 East Watauga Avenue                             )
Johnson City, TN  37601                             )
                                                     )
**VANDERBILT TULLAHOMA-HARTON HOSPITAL**             )
1801 North Jackson Street                           )
Tullahoma, TN  37388                                )
                                                     )
**INDIAN PATH MEDICAL CENTER**                       )
2000 Brookside Drive                                )
Kingsport, TN  37660                                )
                                                     )
**MCKENZIE REGIONAL HOSPITAL**                       )
161 Hospital Drive                                  )
McKenzie, TN  38201                                 )
                                                     )
**NORTH SIDE HOSPITAL**                              )
401 Princeton Road                                  )
Johnson City, TN  37601                             )
                                                     )
**VANDERBILT WILSON COUNTY HOSPITAL**                )
1411 West Baddour Parkway                           )
Lebanon, TN  37087-2513                             )
                                                     )
**BAYLOR UNIVERSITY MEDICAL CENTER**                 )
3500 Gaston Avenue                                  )
Dallas, TX  75246                                   )
                                                     )
**COVENANT MEDICAL CENTER**                          )
4000 24th Street                                    )
Lubbock, TX  79410                                  )
                                                     )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**BAYLOR MEDICAL CENTER AT IRVING**          )
1901 North MacArthur Boulevard               )
Irving, TX  75061                            )
                                             )
**MOTHER FRANCES HOSPITAL**                  )
800 East Dawson                              )
Tyler, TX  75701                             )
                                             )
**BAYLOR ALL SAINTS MEDICAL CENTER**         )
1400 Eighth Avenue                           )
Fort Worth, TX  76104                        )
                                             )
**ST. LUKE'S EPISCOPAL HOSPITAL**            )
6720 Bertner Avenue                          )
Houston, TX  77030                           )
                                             )
**BAPTIST ST. ANTHONY HEALTH SYSTEM**        )
1600 Wallace Boulevard                       )
Amarillo, TX  79106                          )
                                             )
**BAYLOR MEDICAL CENTER AT GARLAND**         )
2300 Marie Curie Boulevard                   )
Garland, TX  75042                           )
                                             )
**BAYLOR MEDICAL CENTER AT WAXAHACHIE**      )
1405 West Jefferson Street                   )
Waxahachie, TX  75165                        )
                                             )
**SCENIC MOUNTAIN MEDICAL CENTER`**          )
1601 West 11th Place                         )
Big Spring, TX  79720                        )
                                             )
**UNIVERSITY MEDICAL CENTER**                )
602 Indiana Avenue                           )
Lubbock, TX  79415                           )
                                             )
**DALLAS REGIONAL MEDICAL CENTER**           )
3500 Interstate 30                           )
Mesquite, TX  75150                          )
                                             )
**UNIVERSITY OF UTAH HOSPITAL**              )
127 S. 500 East, Suite 200                   )
Salt Lake City, UT  84102                    )
                                             )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**MOUNTAIN WEST MEDICAL CENTER**       )
2055 North Main Street                 )
Tooele, UT  84074                      )
                                       )
**NORTON COMMUNITY HOSPITAL**          )
100 15th Street Northwest              )
Norton, VA  24273                      )
                                       )
**RUSSELL COUNTY MEDICAL CENTER**      )
Carroll and Tate Streets               )
Lebanon, VA  24266                     )
                                       )
**LEE REGIONAL MEDICAL CENTER**        )
1800 Combs Road                        )
Pennington Gap, VA  24277              )
                                       )
**MOUNTAIN VIEW REGIONAL MEDICAL CENTER** )
310 Third Street Northeast             )
Norton, VA  24273                      )
                                       )
**SMYTH COUNTY MEMORIAL HOSPITAL**     )
565 Radio Hill Road                    )
Marion, VA  24354                      )
                                       )
**UVA PRINCE WILLIAM MEDICAL CENTER**  )
8700 Sudley Road                       )
Manassas, VA  20110                    )
                                       )
**JOHNSTON MEMORIAL HOSPITAL**         )
351 Court Street Northeast             )
Abingdon, VA  24210                    )
                                       )
**WELLMONT LONESOME PINE HOSPITAL**    )
1910 Holton Avenue                     )
Big Stone Gap, VA  24219               )
                                       )
**SAINT MARY MEDICAL CENTER**          )
401 West Poplar Street                 )
Walla Walla, WA  99362                 )
                                       )
**SKAGIT VALLEY HOSPITAL**             )
1415 East Kincaid Street               )
Mt. Vernon, WA  98273                  )
                                       )

**UNIVERSITY OF WASHINGTON MEDICAL CENTER**            )
1959 Northeast Pacific                                )
Seattle, WA  98195                                    )
                                                      )
**ASTRIA REGIONAL MEDICAL CENTER**                    )
5811 Pelican Bay Blvd., Ste. 500                      )
Yakima, WA  98902                                     )
                                                      )
**PROVIDENCE REGIONAL MEDICAL CENTER**                )
**EVERETT**                                           )
1321 Colby Street                                     )
Everett, WA  98201                                    )
                                                      )
**CENTRAL WASHINGTON HOSPITAL**                       )
1201 South Miller Street                              )
Wenatchee, WA  98801                                  )
                                                      )
**PROVIDENCE SAINT PETER HOSPITAL**                   )
413 Lilly Road Northeast                              )
Olympia, WA  98506-5166                               )
                                                      )
**SWEDISH MEDICAL CENTER /**                          )
**CHERRY HILL CAMPUS**                                )
500 17th Avenue                                       )
Seattle, WA  98122-5711                               )
                                                      )
**STEVENS HEALTHCARE**                                )
21601 76th Avenue West                                )
Edmonds, WA  98026                                    )
                                                      )
**SWEDISH MEDICAL CENTER / FIRST HILL CAMPUS**        )
747 Broadway                                          )
Seattle, WA  98122-4307                               )
                                                      )
**YAKIMA VALLEY MEMORIAL HOSPITAL**                   )
2811 Tieton Drive                                     )
Yakima, WA  98902                                     )
                                                      )
**HARRISON MEDICAL CENTER**                           )
2520 Cherry Avenue                                    )
Bremerton, WA  98310                                  )
                                                      )
**SACRED HEART MEDICAL CENTER**                       )
101 West Eighth Avenue                                )
Spokane, WA  99204                                    )
                                                      )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**KADLEC MEDICAL CENTER**                              )
888 Swift Boulevard                                    )
Richland, WA  99352                                    )
                                                       )
**HARBORVIEW MEDICAL CENTER**                          )
325 Ninth Avenue                                       )
Seattle, WA  98104                                     )
                                                       )
**OLYMPIC MEDICAL CENTER**                             )
939 Caroline Street                                    )
Port Angeles, WA  98362                                )
                                                       )
**HOLY FAMILY HOSPITAL**                               )
5633 North Lidgerwood                                  )
Spokane, WA  99208                                     )
                                                       )
**MULTICARE GOOD SAMARITAN HOSPITAL**                  )
407 14th Avenue Southeast                              )
Puyallup, WA  98372                                    )
                                                       )
**VALLEY MEDICAL CENTER**                              )
400 South 43rd Street                                  )
Renton, WA  98055-5010                                 )
                                                       )
**MULTICARE TACOMA GENERAL HOSPITAL**                  )
315 Martin Luther King Jr Way                          )
Tacoma, WA  98405-4234                                 )
                                                       )
**PROVIDENCE HEALTH & SERVICES ISSAQUAH**              )
751 Northeast Blakely Drive                            )
Issaquah, WA  98029                                    )
                                                       )
**PROVIDENCE SAINT MARY MEDICAL CENTER**               )
401 West Poplar Street                                 )
Walla Walla, WA  99362                                 )
                                                       )
**PROVIDENCE REGIONAL MEDICAL CENTER**                 )
1700 13th Street                                       )
Everett, WA  98201                                     )
                                                       )
**PROVIDENCE SAINT PETER HOSPITAL**                    )
413 Lilly Road Northeast                               )
Olympia, WA  500024                                    )
                                                       )

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**ST. FRANCIS HOSPITAL**                              )
3237 South 16th Street                               )
Milwaukee, WI  53215                                 )
                                                     )
**ALL SAINTS MEDICAL CENTER**                        )
3801 Spring Street                                   )
Racine, WI  53405                                    )
                                                     )
**ST. JOSEPH'S REGIONAL MEDICAL CENTER**             )
5000 West Chambers Street                            )
Milwaukee, WI  53210                                 )
                                                     )
**EVANSTON REGIONAL HOSPITAL**                       )
190 Arrowhead Drive                                  )
Evanston, WY  82930                                  )
                                                     )
        Plaintiffs,    )
                                                     )    Case No.
      v.                 )
                                                     )
**ROBERT F. KENNEDY, JR.,** In his Capacity as       )
Secretary of the U.S. Department                     )
of Health and Human Services                         )
200 Independence Avenue, S.W.                        )
Washington, D.C. 20201                               )
                                                     )
        Defendant.         )
_____      )

## COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

**JURISDICTION AND VENUE**

1.      This is a civil action brought to obtain judicial review of a final decision rendered on February 28, 2025 by the Provider Reimbursement Review Board ("PRRB" or "Board"), acting as a component of the United States Department of Health and Human Services ("HHS"), which decision denied expedited judicial review (EJR) for the plaintiff hospitals (hereinafter "Plaintiffs" or "Hospitals"), and to vacate regulations promulgated by the Secretary of HHS, and to reverse certain determinations made by the PRRB on Medicare appeals filed by Plaintiff Hospitals. Those appeals filed were identified by the PRRB as follows: Appeals No. 13-3265G (FYE 2008); 14-0364G (FYE 2006); 14-0365G (FYE 2007); 14-0709G (FYE 2009); 14-1806-G (FYE 2010) and 14-3237G (FYE 2011). This Court has jurisdiction under 42 U.S.C. §1395oo(f), 28 U.S.C. 1331, and 28 U.S.C. § 1361. This civil action is filed within sixty (60) days of the date the Hospitals are deemed to have received the decision of the PRRB denying their requests for EJR.

2.      Venue lies in this judicial district pursuant to 42 U.S.C. §1395oo(f), and 28 U.S.C. § 1391(e).

**PARTIES**

3.      The plaintiff Hospitals, their Medicare Provider Numbers and fiscal years appealed are below:

| | | | |
|---|---|---|---|
| 1) | DEKALB REGIONAL MEDICAL CENTER | 01-0012 | 2016 |
| 2) | STRINGFELLOW MEMORIAL HOSPITAL | 01-0038 | 2007,2009,2011 |
| 3) | RIVERVIEW REGIONAL MEDICAL CENTER | 01-0046 | 2007,2009,2011 |
| 4) | SAINT VINCENT'S BLOUNT | 01-0150 | 2016 |
| 5) | PROVIDENCE ALASKA MEDICAL CENTER | 02-0001 | 2010-2013 |
| 6) | JOHN C. LINCOLN NORTH MOUNTAIN HOSPITAL | 03-0014 | 2007-2008 |
| 7) | JOHN C. LINCOLN DEER VALLEY HOSPITAL | 03-0092 | 2007-2008 |
| 8) | ARIZONA REGIONAL MEDICAL CENTER | 03-0126 | 2008-2012 |
| 9) | MERCY MEDICAL CENTER | 04-0010 | 2011 |

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

10) BAPTIST HEALTH-VAN BUREN                               04-0018    2006,2007,2009,2011

11) BMH-FOREST CITY                                        04-0019    2016

12) SOUTHWEST REGIONAL MEDICAL CENTER                      04-0021    2006-2007

13) ST. JOSEPH MERCY HEALTH CENTER                         04-0026    2011

14) BAPTIST HEALTH-FORT SMITH                              04-0055    2011

15) MERCY HOSPITAL FORT SMITH                              04-0062    2016
    AKA ST. EDWARD MERCY MEDICAL

16) HELENA REGIONAL MEDICAL CENTER                         04-0085    2016

17) HOLLYWOOD PRESBYTERIAN MEDICAL CENTER                  05-0063    2007-2012

18) LITTLE COMPANY OF MARY HOSPITAL - SAN PEDRO            05-0078    2007-2012

19) SAN GABRIEL VALLEY MEDICAL CENTER                      05-0132    2008

20) WATSONVILLE COMMUNITY HOSPITAL                         05-0194    2016

21) PROVIDENCE SAINT JOSEPH MEDICAL CENTER                 05-0235    2007-2013

22) METHODIST HOSPITAL                                     05-0238    2007-2008

23) PROVIDENCE HOLY CROSS MEDICAL CENTER                   05-0278    2007-2013

24) ALHAMBRA HOSPITAL MEDICAL CENTER                       05-0281    2012

25) BARSTOW COMMUNITY HOSPITAL                             05-0298    2016

26) LITTLE COMPANY OF MARY HOSPITAL - TORRANCE             05-0353    2007-2013

27) PACIFICA HOSPITAL OF THE VALLEY                        05-0378    2008-2009

28) COMMUNITY MEMORIAL HOSPITAL                            05-0394    2007,2009,2010

29) BELLFLOWER MEDICAL CENTER                              05-0531    2007,2012

30) LOS ANGELES METROPOLITAN MEDICAL CENTER                05-0644    2007

31) HEART HOSPITAL OF BAKERSFIELD                          05-0724    2008-2010

32) WHITTIER HOSPITAL MEDICAL CENTER                       05-0735    2008

33) MONTEREY PARK HOSPITAL                                 05-0736    2008

34) GARFIELD MEDICAL CENTER                                05-0737    2008

35) GREATER EL MONTE COMMUNITY HOSPITAL                    05-0738    2008-2009

36) TARZANA PROVIDENCE HEALTH SYSTEM                       05-0761    2008-2013

37) LONGMONT UNITED HOSPITAL                               06-0003    2007,2009

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

| | | |
|---|---|---|
| 38) DENVER HEALTH | 06-0011 | 2007-2010,2012 |
| 39) PARKVIEW MEDICAL CENTER | 06-0020 | 2007-2012 |
| 40) ST. FRANCIS HOSPITAL AND MEDICAL CENTER | 07-0002 | 2007-2010,2012 |
| 41) WATERBURY HOSPITAL | 07-0005 | 2007-2010,2012 |
| 42) STAMFORD HOSPITAL | 07-0006 | 2007,2008,2010,2012 |
| 43) LAWRENCE & MEMORIAL HOSPITAL | 07-0007 | 2007-2009,2012 |
| 44) ST. MARY'S HOSPITAL | 07-0016 | 2007-2008 |
| 45) MIDDLESEX HOSPITAL | 07-0020 | 2007-2010,2012 |
| 46) BACKUS HOSPITAL | 07-0024 | 2008-2010,2012 |
| 47) HARTFORD HOSPITAL | 07-0025 | 2010,2012 |
| 48) BRISTOL HOSPITAL | 07-0029 | 2007-2010,2012 |
| 49) THE DANBURY HOSPITAL | 07-0033 | 2007-2010,2012 |
| 50) NORWALK HOSPITAL | 07-0034 | 2007-2010,2012 |
| 51) THE HOSPITAL OF CENTRAL CONNECTICUT AT NEW BRITAIN GENERAL | 07-0035 | 2007-2010,2012 |
| 52) UCONN JOHN DEMPSEY HOSPITAL | 07-0036 | 2007-2010,2012 |
| 53) SHANDS JACKSONVILLE MEDICAL CENTER | 10-0001 | 2007 |
| 54) BETHESDA MEMORIAL HOSPITAL | 10-0002 | 2008-2009 |
| 55) HALIFAX HOSPITAL MEDICAL CENTER | 10-0017 | 2007,2008,2010 |
| 56) NCH BAKER DOWNTOWN | 10-0018 | 2007-2010,2012 |
| 57) JAMES E. HOLMES REGIONAL MEDICAL CENTER | 10-0019 | 2008 |
| 58) HCA FLORIDA HIGHLANDS HOSPITAL | 10-0049 | 2007,2009,2011 |
| 59) WINTER HAVEN HOSPITAL | 10-0052 | 2007-2008 |
| 60) BRAVERA HEALTH BROOKSVILLE | 10-0071 | 2006,2007,2009,2011 |
| 61) SHOREPOINT HEALTH PORT CHARLOTTE | 10-0077 | 2006,2007,2009,2011 |
| 62) LEESBURG REGIONAL MEDICAL CENTER | 10-0084 | 2007-2008 |
| 63) ROCKLEDGE REGIONAL MEDICAL CENTER | 10-0092 | 2007-2009,2011 |
| 64) CLEVELAND CLINIC INDIAN RIVER HOSPITAL | 10-0105 | 2008-2012 |
| 65) LEHIGH REGIONAL MEDICAL CENTER | 10-0107 | 2006,2007,2009,2011 |

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

66) BARTOW REGIONAL MEDICAL CENTER  10-0121  2009,2011

67) SANTA ROSA MEDICAL CENTER  10-0124  2007,2009,2011

68) ADVENTHEALTH HEART OF FLORIDA  10-0137  2007,2009,2011

69) LOWER KEYS MEDICAL CENTER  10-0150  2007,2011

70) LARKIN COMMUNITY HOSPITAL  10-0181  2007-2010

71) ADVENTHEALTH DADE CITY  10-0211  2006,2007,2009,2011

72) BRAVERA HEALTH SEVEN RIVERS  10-0249  2007,2009,2011

73) PHYSICIANS REGIONAL MEDICAL CENTER-PINE RIDGE  10-0286  2009,2011

74) ORLANDO HEALTH ST. CLOUD HOSPITAL  10-0302  2006,2007,2009,2011

75) HAMILTON MEDICAL CENTER  11-0001  2008-2010,2012

76) UNIVERSITY HOSPITAL  11-0028  2009

77) MCG HEALTH, INC.  11-0034  2007-2010,2012

78) JOHN D. ARCHBOLD MEMORIAL HOSPITAL  11-0038  2007-2009

79) TRINITY HOSPITAL OF AUGUSTA  11-0039  2016

80) WALTON REGIONAL MEDICAL CENTER  11-0046  2016

81) UNION GENERAL HOSPITAL  11-0051  2007

82) FLOYD MEDICAL CENTER  11-0054  2007,2009

83) EAST GEORGIA REGIONAL MEDICAL CENTER  11-0075  2006,2007,2009,2011

84) FANNIN REGIONAL HOSPITAL  11-0189  2016

85) ALTON MEMORIAL HOSPITAL  14-0002  2008

86) GALESBURG COTTAGE HOSPITAL  14-0040  2016

87) VISTA MEDICAL CENTER EAST  14-0084  2016

88) METROSOUTH MEDICAL CENTER  14-0118  2016

89) GATEWAY REGIONAL MEDICAL CENTER  14-0125  2016

90) HEARTLAND REGIONAL MEDICAL CENTER  14-0184  2016

91) MEMORIAL HOSPITAL BELLEVILLE  14-0185  2007-2010,2012

92) CROSSROADS COMMUNITY HOSPITAL  14-0294  2016

93) KENTUCKIANA MEDICAL CENTER  15-0176  2012

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

| | | |
|---|---|---|
| 94) MERCYONE WATERLOO MEDICAL CENTER | 16-0067 | 2010 |
| 95) VIA CHRISTI HOSPITAL IN PITTSBURG<br>    (AKA MT. CARMEL REGIONAL MEDICAL CENTER) | 17-0006 | 2007-2008 |
| 96) MERCY HOSPITAL - INDEPENDENCE | 17-0010 | 2011 |
| 97) THE UNIVERSITY OF KANSAS HOSPITAL | 17-0040 | 2009-2012 |
| 98) STORMONT VAIL HOSPITAL | 17-0086 | 2007-2010,2012 |
| 99) VIA CHRISTI REGIONAL MEDICAL CENTER | 17-0122 | 2008 |
| 100) PAUL B. HALL REGIONAL MEDICAL CENTER | 18-0078 | 2016 |
| 101) THREE RIVERS MEDICAL CENTER | 18-0128 | 2016 |
| 102) KENTUCKY RIVER MEDICAL CENTER | 18-0139 | 2016 |
| 103) THIBODAUX REGIONAL MEDICAL CENTER | 19-0004 | 2007-2010,2012 |
| 104) OPELOUSAS GENERAL HOSPITAL | 19-0017 | 2009,2010,2012 |
| 105) ABBEVILLE GENERAL HOSPITAL | 19-0034 | 2009,2010,2012 |
| 106) LAKE CHARLES MEMORIAL HOSPITAL | 19-0060 | 2010 |
| 107) OAKLAWN HOSPITAL | 23-0217 | 2010-2012 |
| 108) ST. CLOUD HOSPITAL | 24-0036 | 2007,2009,2010 |
| 109) MERIT HEALTH BILOXI | 25-0007 | 2006,2007,2009,2011 |
| 110) NORTHWEST MISSISSIPPI REGIONAL MED CTR | 25-0042 | 2006,2007,2009,2011 |
| 111) MERIT HEALTH CENTRAL | 25-0072 | 2007,2009,2011 |
| 112) ANDERSON REGIONAL MEDICAL CENTER SOUTH | 25-0081 | 2007,2009 |
| 113) MERIT HEALTH RANKIN | 25-0096 | 2006,2007,2009,2011 |
| 114) GULF COAST MEDICAL CENTER | 25-0125 | 2007 |
| 115) MERIT HEALTH WOMAN'S HOSPITAL | 25-0136 | 2007 |
| 116) MERIT HEALTH RIVER OAKS | 25-0138 | 2006,2007,2009,2011 |
| 117) MERCY HOSPITAL JOPLIN | 26-0001 | 2011 |
| 118) BARNES-JEWISH HOSPITAL | 26-0032 | 2009 |
| 119) COX NORTH HOSPITAL | 26-0040 | 2007-2010,2012 |
| 120) ST. JOHN'S MERCY HOSPITAL-WA | 26-0052 | 2011 |
| 121) MERCY HOSPITAL LEBANON | 26-0059 | 2011 |

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

| | | | |
|---|---|---|---|
| 122) ST. JOHN'S HOSPITAL SPRINGFIELD | 26-0065 | 2010 |
| 123) BOONE HOSPITAL CENTER | 26-0068 | 2008 |
| 124) OZARKS MEDICAL CENTER | 26-0078 | 2009,2010,2012 |
| 125) POPLAR BLUFF REGIONAL MEDICAL CENTER - OAK GROVE | 26-0119 | 2006,2007,2009,2011 |
| 126) PARKLAND HEALTH CENTER - FARMINGTON | 26-0163 | 2008 |
| 127) CHRISTIAN HOSPITAL | 26-0180 | 2008 |
| 128) SAINT PATRICK HOSPITAL | 27-0014 | 2013 |
| 129) MARY LANNING MEMORIAL HOSPITAL | 28-0032 | 2007-2012 |
| 130) FRISBIE MEMORIAL HOSPITAL | 30-0014 | 2012 |
| 131) ALTA VISTA REGIONAL HOSPITAL | 32-0003 | 2016 |
| 132) NEW YORK DOWNTOWN HOSPITAL | 33-0064 | 2007,2008,2012 |
| 133) FREDERICK FERRIS THOMPSON HOSPITAL | 33-0074 | 2012 |
| 134) ATRIUM HEALTH CABARRUS | 34-0001 | 2006,2009 |
| 135) SCOTLAND MEMORIAL HOSPITAL | 34-0008 | 2009 |
| 136) NOVANT HEALTH FORSYTH MEDICAL CENTER | 34-0014 | 2011-2012 |
| 137) NOVANT HEALTH ROWAN MEDICAL CENTER | 34-0015 | 2011 |
| 138) HARRIS REGIONAL HOSPITAL | 34-0016 | 2009 |
| 139) ATRIUM HEALTH CLEVELAND | 34-0021 | 2009,2012 |
| 140) CAPE FEAR VALLEY MEDICAL CENTER | 34-0028 | 2007-2010,2012 |
| 141) ATRIUM HEALTH KINGS MOUNTAIN | 34-0037 | 2009,2012 |
| 142) NOVANT HEALTH PRESBYTERIAN MEDICAL CENTER | 34-0053 | 2011-2012 |
| 143) CAROLINAS HEALTHCARE SYSTEM BLUE RIDGE - VALDESE | 34-0055 | 2009,2012 |
| 144) ATRIUM HEALTH WAKE FOREST BAPTIST WILKES MEDICAL CENTER | 34-0064 | 2009,2012 |
| 145) COLUMBUS REGIONAL HEALTHCARE SYSTEM | 34-0068 | 2009 |
| 146) BETSY JOHNSON REGIONAL HOSPITAL | 34-0071 | 2010 |
| 147) UNC HEALTH BLUE RIDGE | 34-0075 | 2006,2009 |
| 148) ATRIUM HEALTH ANSON | 34-0084 | 2009 |
| 149) NOVANT HEALTH THOMASVILLE MEDICAL CENTER | 34-0085 | 2011-2012 |

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

| | | |
|---|---|---|
| 150) ATRIUM HEALTH PINEVILLE | 34-0098 | 2009,2012 |
| 151) FIRSTHEALTH MOORE REGIONAL HOSPITAL - HAMLET | 34-0106 | 2009,2011 |
| 152) CAROLINAS MEDICAL CENTER | 34-0113 | 2006,2009,2012 |
| 153) ATRIUM HEALTH STANLY | 34-0119 | 2009,2012 |
| 154) LAKE NORMAN REGIONAL MEDICAL CENTER | 34-0129 | 2007,2009,2011 |
| 155) ATRIUM HEALTH UNION | 34-0130 | 2009,2012 |
| 156) MARTIN GENERAL HOSPITAL | 34-0133 | 2016 |
| 157) DAVIS REGIONAL MEDICAL CENTER | 34-0144 | 2007,2009,2011 |
| 158) ATRIUM HEALTH LINCOLN | 34-0145 | 2009,2012 |
| 159) NOVANT HEALTH MEDICAL PARK HOSPITAL | 34-0148 | 2011 |
| 160) PRESBYTERIAN ORTHOPEDIC HOSPITAL | 34-0153 | 2011,2012 |
| 161) NOVANT HEALTH BRUNSWICK MEDICAL CENTER | 34-0158 | 2012 |
| 162) ATRIUM HEALTH LINCOLN | 34-0160 | 2007,2009,2012 |
| 163) ATRIUM HEALTH UNIVERSITY CITY | 34-0166 | 2009,2012 |
| 164) NOVANT HEALTH MATTHEWS MEDICAL CENTER | 34-0171 | 2011-2012 |
| 165) NOVANT HEALTH HUNTERSVILLE MEDICAL CENTER | 34-0183 | 2012 |
| 166) HAYWOOD REGIONAL MEDICAL CENTER | 34-0184 | 2009 |
| 167) ST. ALEXIUS MEDICAL CENTER | 35-0002 | 2007-2011 |
| 168) MEDCENTER ONE HOSPITAL | 35-0015 | 2007-2010 |
| 169) AFFINITY MEDICAL CENTER | 36-0151 | 2010,2016 |
| 170) MERCY HEALTH CENTER | 37-0013 | 2011 |
| 171) ALLIANCEHEALTH DURANT | 37-0014 | 2007-2009,2011 |
| 172) MERCY MEMORIAL HEALTH CENTER | 37-0047 | 2011 |
| 173) SSM HEALTH ST. ANTHONY HOSPITAL - MIDWEST | 37-0094 | 2007,2009,2011 |
| 174) ASANTE THREE RIVERS MEDICAL CENTER | 38-0002 | 2007 |
| 175) PROVIDENCE SAINT VINCENT MEDICAL CENTER | 38-0004 | 2011,2012,2013 |
| 176) OREGON HEALTH & SCIENCE UNIVERSITY HOSPITAL | 38-0009 | 2010,2012 |
| 177) ASANTE ROGUE REGIONAL MEDICAL CENTER | 38-0018 | 2007 |

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

| | | |
|---|---|---|
| 178) MCKENZIE-WILLAMETTE MEDICAL CENTER | 38-0020 | 2016 |
| 179) PROVIDENCE NEWBERG MEDICAL CENTER | 38-0037 | 2011,2013 |
| 180) WILLAMETTE FALLS HOSPITAL | 38-0038 | 2011-2013 |
| 181) SALEM HOSPITAL | 38-0051 | 2007-2010 |
| 182) PROVIDENCE PORTLAND MEDICAL CENTER | 38-0061 | 2011-2013 |
| 183) PROVIDENCE MEDFORD MEDICAL CENTER | 38-0075 | 2009-2013 |
| 184) PROVIDENCE MILWAUKIE HOSPITAL | 38-0082 | 2011-2013 |
| 185) SAINT VINCENT HOSPITAL | 39-0009 | 2007-2010,2012 |
| 186) UPMC CARLISLE | 39-0058 | 2007,2011 |
| 187) UPMC PINNACLE LANCASTER | 39-0061 | 2007,2009,2011 |
| 188) UPMC LITITZ | 39-0068 | 2011 |
| 189) LOCK HAVEN HOSPITAL | 39-0071 | 2016 |
| 190) SUNBURY COMMUNITY HOSPITAL | 39-0084 | 2016 |
| 191) PENN HIGHLANDS MON VALLEY | 39-0147 | 2007-2012 |
| 192) HOSPITAL SAN LUCAS II | 40-0044 | 2012 |
| 193) HOSPITAL EPISCOPAL SAN LUCAS GUAYAMA (CRISTO REDENTOR) | 40-0048 | 2012 |
| 194) HOSPITAL BUEN SAMARITANO | 40-0079 | 2007 |
| 195) DOCTOR'S CENTER BAYAMON | 40-0102 | 2012 |
| 196) DOCTOR'S CENTER HOSPITAL MANATI | 40-0118 | 2012 |
| 197) CAROLINA PINES REGIONAL MEDICAL CENTER | 42-0010 | 2007,2009,2011 |
| 198) CHESTER MEDICAL CENTER | 42-0019 | 2006,2007,2009,2011 |
| 199) ANMED HEALTH | 42-0027 | 2008,2009,2012,2013 |
| 200) BON SECOURS SAINT FRANCIS HOSPITAL | 42-0065 | 2006,2009 |
| 201) ROPER HOSPITAL | 42-0087 | 2006,2012 |
| 202) MOUNT PLEASANT HOSPITAL | 42-0104 | 2012 |
| 203) AVERA MCKENNAN HOSPITAL & UNIVERSITY HEALTH CENTER | 43-0016 | 2008-2012 |
| 204) SANFORD USD MEDICAL CENTER SIOUX FALLS | 43-0027 | 2008,2009 |
| 205) RAPID CITY REGIONAL HOSPITAL | 43-0077 | 2008,2009 |

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

| | | |
|---|---|---|
| 206) UNICOI COUNTY MEMORIAL HOSPITAL, INC. | 44-0001 | 2011 |
| 207) HENDERSON COUNTY COMMUNITY HOSPITAL | 44-0008 | 2016 |
| 208) WELLMONT BRISTOL REGIONAL MEDICAL CENTER | 44-0012 | 2007-2008 |
| 209) HOLSTON VALLEY MEDICAL CENTER | 44-0017 | 2007-2008 |
| 210) SYCAMORE SHOALS HOSPITAL | 44-0018 | 2008-2009 |
| 211) WELLMONT HAWKINS COUNTY MEMORIAL HOSPITAL | 44-0032 | 2008 |
| 212) JOHNSON CITY SPECIALTY HOSPITAL | 44-0105 | 2008=2009 |
| 213) VANDERBILT TULLAHOMA-HARTON HOSPITAL | 44-0144 | 2007,2009,2011 |
| 214) INDIAN PATH MEDICAL CENTER | 44-0176 | 2008-2009 |
| 215) MCKENZIE REGIONAL HOSPITAL | 44-0182 | 2016 |
| 216) NORTH SIDE HOSPITAL | 44-0184 | 2007-2009 |
| 217) VANDERBILT WILSON COUNTY HOSPITAL | 44-0193 | 2006,2007,2009,2011 |
| 218) BAYLOR UNIVERSITY MEDICAL CENTER | 45-0021 | 2008 |
| 219) COVENANT MEDICAL CENTER | 45-0040 | 2008-2010 |
| 220) BAYLOR MEDICAL CENTER AT IRVING | 45-0079 | 2007-2008 |
| 221) MOTHER FRANCES HOSPITAL | 45-0102 | 2010-2012 |
| 222) BAYLOR ALL SAINTS MEDICAL CENTER | 45-0137 | 2007-2008 |
| 223) ST. LUKE'S EPISCOPAL HOSPITAL | 45-0193 | 2007-2009 |
| 224) BAPTIST ST. ANTHONY HEALTH SYSTEM | 45-0231 | 2008-2009 |
| 225) BAYLOR MEDICAL CENTER AT GARLAND | 45-0280 | 2007-2008 |
| 226) BAYLOR MEDICAL CENTER AT WAXAHACHIE | 45-0372 | 2007-2008 |
| 227) SCENIC MOUNTAIN MEDICAL CENTER` | 45-0653 | 2016 |
| 228) UNIVERSITY MEDICAL CENTER | 45-0686 | 2007-2010 |
| 229) DALLAS REGIONAL MEDICAL CENTER | 45-0688 | 2007,2009,2011 |
| 230) UNIVERSITY OF UTAH HOSPITAL | 46-0009 | 2008-2012 |
| 231) MOUNTAIN WEST MEDICAL CENTER | 46-0014 | 2016 |
| 232) NORTON COMMUNITY HOSPITAL | 49-0001 | 2007-2008 |
| 233) RUSSELL COUNTY MEDICAL CENTER | 49-0002 | 2008-2009 |

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

234) LEE REGIONAL MEDICAL CENTER                          49-0012     2008

235) MOUNTAIN VIEW REGIONAL MEDICAL CENTER               49-0027     2007-2008

236) SMYTH COUNTY MEMORIAL HOSPITAL                      49-0038     2009

237) UVA PRINCE WILLIAM MEDICAL CENTER                   49-0045     2011-2012

238) JOHNSTON MEMORIAL HOSPITAL                          49-0053     2009

239) WELLMONT LONESOME PINE HOSPITAL                     49-0114     2008

240) SAINT MARY MEDICAL CENTER                           50-0002     2007-2010, 2012-2013

241) SKAGIT VALLEY HOSPITAL                              50-0003     2007-2012

242) UNIVERSITY OF WASHINGTON MEDICAL CENTER             50-0008     2013-2014

243) ASTRIA REGIONAL MEDICAL CENTER                      50-0012     2007,2009,2011

244) PROVIDENCE REGIONAL MEDICAL CENTER EVERETT          50-0014     2007-2013

245) CENTRAL WASHINGTON HOSPITAL                         50-0016     2007-2010

246) PROVIDENCE SAINT PETER HOSPITAL                     50-0024     2007-2013

247) SWEDISH MEDICAL CENTER / CHERRY HILL CAMPUS         50-0025     2007-2013

248) STEVENS HEALTHCARE                                  50-0026     2007-2013

249) SWEDISH MEDICAL CENTER / FIRST HILL CAMPUS          50-0027     2007-2013

250) YAKIMA VALLEY MEMORIAL HOSPITAL                     50-0036     2007-2012

251) HARRISON MEDICAL CENTER                             50-0039     2008,2011,2012

252) SACRED HEART MEDICAL CENTER                         50-0054     2007-2013

253) KADLEC MEDICAL CENTER                               50-0058     2007-2013

254) HARBORVIEW MEDICAL CENTER                           50-0064     2013-2014

255) OLYMPIC MEDICAL CENTER                              50-0072     2007-2008

256) HOLY FAMILY HOSPITAL                                50-0077     2007-2013

257) MULTICARE GOOD SAMARITAN HOSPITAL                   50-0079     2006-2009

258) VALLEY MEDICAL CENTER                               50-0088     2013-2014

259) MULTICARE TACOMA GENERAL HOSPITAL                   50-0129     2006-2009

260) PROVIDENCE HEALTH & SERVICES ISSAQUAH               50-0152     2012-2013

261) PROVIDENCE SAINT MARY MEDICAL CENTER                50-T002     2013

| | | |
|---|---|---|
| 262) PROVIDENCE REGIONAL MEDICAL CENTER | 50-T014 | 2013 |
| 263) PROVIDENCE SAINT PETER HOSPITAL | 50-T024 | 2013 |
| 264) ST. FRANCIS HOSPITAL | 52-0078 | 2010 |
| 265) ALL SAINTS MEDICAL CENTER | 52-0096 | 2010 |
| 266) ST. JOSEPH'S REGIONAL MEDICAL CENTER | 52-0136 | 2010 |
| 267) EVANSTON REGIONAL HOSPITAL | 53-0032 | 2016 |

4.      Defendant Robert F. Kennedy, Jr., Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W., Washington D.C. 20201, is the federal officer responsible for the administration of the Medicare program.  Defendant Kennedy is sued in his official category. `

## MEDICARE STATUTORY AND REGULATORY BACKGROUND

5.      The Medicare program was established to provide health insurance to the age and disabled. 42 U.S.C. §§1395-1395cc. The Centers for Medicare & Medicaid Services (CMS), formerly the Health Care Financing Administration (HCFA), is the operating component of the Department of Health and Human Services (HHS) charged with administering the Medicare program.

6.       Medicare reimburses the operating costs of short-term acute care hospital inpatient services primarily through the hospital Inpatient Prospective Payment System (IPPS). 42 U.S.C. §1395ww(d). The IPPS statute contains a number of provisions that adjust reimbursements based on Provider-specific factors. *See* 42 U.S.C. §1395ww(d)(5). This case involves the Provider-specific disproportionate share hospital (DSH) adjustment, which requires the Secretary to provide increased IPPS reimbursement to providers that serve a "significantly disproportionate number of low-income patients." 42 U.S.C. § 1395ww(d)(5)(F)(i)(I).

7.      Whether a Provider qualifies for the DSH adjustment, and how large an adjustment it receives, depends on the Provider's "disproportionate patient percentage" (DPP). 42 U.S.C. §

1395ww(d)(5)(F)(v). The DPP is the sum of two fractions, the so-called "Medicare Fraction" and Medicaid Fraction," for a Provider's fiscal period. 42 U.S.C. §1395ww(d)(5)(F)(vi). Providers whose DSH percentages meet certain thresholds receive an adjustment which results in increased IPPS payments for inpatient hospital services. 42 U.S.C. §1395ww(d)(5)(F)(ii).

8.      The first Fraction's numerator is the number of a provider's inpatient days for such period who (for such days) were entitled to both Medicare Part A and Supplemental Security Income (SSI) benefits, and the denominator is the number of patient days for patients entitled to Medicare Part A. 42 U.S.C. § 1395ww(d)(5)(F)((vi)(I). This case involves this first fraction, which is hereinafter referred to as the SSI fraction, or the Medicare Fraction.

9.      The second fraction's numerator is the number of Provider patient days for patients who (for such days) were eligible for medical assistance under a State Plan approved under Title 19 of the Social Security Act, 42 U.S.C. §1396-1 et seq., for such period but not entitled to benefits under Medicare Part A, and the denominator is the total number of the Provider's inpatient days for such period. *Id*. The second fraction is frequently referred to as the Medicaid Fraction.

10.     The DSH program was enacted by Congress in the Consolidated Omnibus Budget Reconciliation Act of 1985 and was made effective beginning with discharges on or after May 1, 1986.  Pub. L. No. 99-272, § 9105, 100 Stat. 158-60 (Apr. 7, 1986).

11.     The Secretary implemented the DSH program through the publication of an interim final rule on May 6, 1986.  51 *Fed. Reg.* 16,772 (May 6, 1986).  In the May 6, 1986 final rule, the Secretary decreed that only Medicare beneficiaries who are "recipients" of SSI, i.e., only those Medicare beneficiaries who have actually received payment, in a given month will have their inpatient hospital stay days counted in the numerator of the Medicare Fraction for that month.   *Id.* at 16,777.  In the August 16, 2010 final rule, the Secretary maintained that "our policy has always been to include

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

only Medicare beneficiaries who are entitled to receive SSI benefits in the numerator of the SSI fraction." 75 *Fed. Reg*. 50042, at 50280 n.19 (Aug. 16, 2010). The Secretary's policy is that only Medicare beneficiaries who are paid SSO cash benefits for a given month are, "entitled to receive SSI benefits" for purposes of including the inpatient days associated with such beneficiaries in the numerator of the SSI fraction (a/k/a Medicare Fraction). The Secretary does not consider beneficiaries who received non-cash SSI benefits for a particular month to be, "entitled to receive SSI benefits." And as explained below, the Secretary's policy is to omit the inpatient days of certain Medicare beneficiaries who; (1) were entitled to be paid SSI for the month(s) of their hospital stay; and (2) at the time of a data match between SSA and CMS, were known by SSA to be entitled to SSI payment for such month(s), but, (3) had not actually received payment for such month(s) by the time the data match was performed.

12.      The SSI program is administered by the Social Security Administration (SSA); therefore, identifying patients who were entitled to SSI during their hospitalization requires access to SSA's SSI data.

13.      To enable CMS to calculate the SSI Fraction, SSA sends CMS an annual "eligibility file" that includes information on all SSI recipients whom SSA has coded with one of three payment status codes: C01 (current pay), M01 (forced pay), and M02 (forced due). Although SSA has dozens of payment status codes, CMS's policy is that only C01, M01, and M02 indicate SSI entitlement for purposes of the numerator of the SSI Fraction. *See* 75 *Fed. Reg*. at 50,042, 50,280 (Aug. 16, 2010). Therefore, at CMS' request or direction, only those individuals with one of the three above-referenced payment status codes are listed on the "eligibility file."

14.      SSA does not include payment status codes in the SSI eligibility file but does include monthly indicators denoting which month(s) each person received SSI payments. *See id.* at 50,276;

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

*see also* 51 *Fed. Reg.* 31,454, 31,459 (Sept. 3, 1986) (stating that the SSI file "lists all SSI recipients for a 3-year period and denotes the months during that period in which the recipient was eligible for SSI benefits").

15.    CMS then computes the SSI fraction by matching individuals appearing in the SSA's eligibility file with its own Medicare inpatient data to identify a patient's entitlement to SSI benefits. *Pomona Valley Hosp. Med. Ctr. v. Azar*, No. CV 18-2763 (ABJ), 2020 WL 5816486, at *2 (D.D.C. Sept. 30, 2020) (citing 75 *Fed. Reg.* at 50,281). In other words, "CMS identifies the individuals appearing in both two data sets to determine the number of patients, and the inpatient days for those patients at each hospital, for the applicable fiscal year to calculate the hospital's SSI numerator." *Id*.

16.    The data match between SSA and CMS for any given Federal fiscal year is conducted approximately 15 months after the end of that fiscal year. If, at the time the data match is performed, a Medicare beneficiary was paid SSI cash benefits for a month covered by the data match, any inpatient hospital days associated with such beneficiary will be counted in the numerator of the Medicare Fraction. For example, if a Medicare beneficiary is an inpatient in Hospital (a Medicare certified short-term acute care hospital) from April 29 -May 6, 2022 and, by the time the SSA eligibility file is constructed for that year, was paid SSI for April but not for May, the days April 29 -30 would be counted in the numerator of the Medicare Fraction, and the days May 1 -6 would not be counted.

17.    After the SSA-CMS data match is performed, CMS does not make adjustments to the Medicare Fraction based upon subsequent, retroactive corrections to the eligibility status of a Medicare beneficiary. Thus, for example, if the Medicare beneficiary filed an application for SSI based on disability on January 1, 2023 and had an inpatient stay in July, 2023, but was not, at the time of her stay, adjudicated eligible for SSI, that Medicare beneficiary would not appear on the

SSA eligibility tape, and thus the days associated with her July, 2023 stay would not be counted in the numerator of Hospital's Medicare Fraction. Moreover, if six months after the data match for Fiscal Year 2023 was performed, that Medicare beneficiary was awarded SSI based on disability *retroactive* to January 1, 2023, the days associated with that Medicare beneficiary's July, 2023 stay nevertheless would *not* be added to the numerator of Hospital's Medicare Fraction. In this example, at the time the data match was performed, neither SSA nor CMS knew that the Medicare beneficiary would subsequently be awarded SSI based upon disability.

18.        However, in contrast to the example given in the previous paragraph, there are situations in which; (a) a Medicare beneficiary does not receive SSI payment for a particular month, (b) is entitled to SSI payment for that month, and, at the time of the data match, is known by SSA to be so entitled, but, (c) inpatient days associated with such individual nevertheless are not counted. For example, if, for a given month, an individual does not have a bank account or is considered by SSA to need a representative payee, but no payee has yet been designated or, SSA does not have a valid address for such an individual, SSA will not make payment to that individual for that month. If the administrative reason for not making payment is not resolved by the time the SSI eligibility file is constructed, the inpatient days associated with such a beneficiary will not be included in the numerator of the Medicare Fraction because CMS requests or directs SSA to include only individuals with payment status codes C01, M01, or M02.

19.        SSA's Programs Operating Manual System (POMS) is sub regulatory guidance published by and used by SSA to implement the SSI program. Section SI 02301.201of the POMS is entitled "Description of SSI Post Eligibility (PE) Events." It states in the Introduction portion that "[t]he term 'eligible' in this subchapter means that a recipient meets all eligibility requirements for part or all of a past or current month(s)." Section SI 02301.201B.2. is entitled "Stop Payment." It explains

that "[a] stop payment is an interruption in payment. It is not a loss of eligibility. Payments may be reinstated for past or current month(s) on a stop pay record regardless of the period in nonpay." Section SI 02301.201B.2. specifically mentions the situation in which an SSI eligible individual needs a representative payee, but the SSA field office has not appointed one as a "stop payment."

20.        Under the Secretary's policy, not all individuals who are entitled to SSI have their inpatient days included in the Medicare Fraction during the month(s) of their hospital stay, either because they are entitled to SSI but were not entitled to SSI cash payments during such month(s), or were entitled to SSI cash payments but were not paid SSI cash payments for such month(s).

21.        CMS' payment and audit functions under the Medicare program are contracted out to insurance companies known as Medicare Administrative Contractors (hereinafter, the "MAC"). MACs determine payment amounts due to the providers under Medicare law and regulations. 42 U.S.C. § 1395h, 42 C.F.R. §§413.20(b) and 413.24(b). Although the MAC calculates the DPP, CMS computes the SSI fraction.

22.        At the close of its fiscal year, a provider must submit a cost report to the MAC showing the costs it incurred during the fiscal year and the portion of those costs to be allocated to Medicare. 42 C.F.R. §413.20. The MAC reviews the cost report, determines the total amount of Medicare reimbursement due the provider and issues the provider a Notice of Program Reimbursement (NPR). 42 C.F.R. §405.1803.

## **REQUIREMENTS FOR OBTAINING BOARD JURISDICTION**

23.        A provider or group of providers dissatisfied with the MAC's NPR(s) may obtain a hearing before the Provider Reimbursement Review Board (PRRB) or (Board) if it requests such a hearing within 180 days of the issuance of the NPR, and the amount in controversy is satisfied. 42 U.S.C. § 1395oo(a); 42 C.F.R. §405.1835(a);    There is also an amount in controversy requirement, which is

$10,000 or more for a single provider appeal, and $50,000 or more for a group appeal.  42 U.S.C. § 1395oo(b); 42 C.F.R. §405.1837(b).

## <u>REQUIREMENTS FOR GROUP APPEALS</u>

24.      The Medicare Statute provides that certain appeals may or must be brought as a group appeal. Specifically, the Statute provides that;

> The provisions of subsection (a) [with regard to single provider appeals] shall apply to any group of providers of services if each provider of services in such group would, upon the filing of an appeal (but without regard to the $10,000 limitation), be entitled to such a hearing, but only if the matters in controversy involve a common question of fact or interpretation of law or regulations and the amount in controversy is, in the aggregate, $50,000 or more.

42 U.S.C. § 1395oo(b).  With regard to so-called common interest – related providers (CIRP) appeals, the Statute states that;

> Any appeal to the Board or action for judicial review by providers which are
>
> under common ownership or control, or which have obtained a hearing under
>
> subsection (b) must be brought by such providers as a group with respect to
>
> any matter involving an issue common to such providers.

42 U.S.C. § 1395oo(f)(1).

25.      The Statute's use of the word "matters" (plural) in  42 U.S.C. § 1395oo(b) means that Congress  allows a group appeal to involve more than one issue.  Contrary to Statute the regulations, and PRRB Rule 12.2  requires group appeals to contain a single  "matter" (singular) and thus are contrary to the Statute and invalid.

26.      The Statute allows for such a group appeal if there is "a common question of fact or interpretation of law or regulations" – the Statute does not require that there be only one common question of fact or interpretation of law or regulations.  Contrary to the Statute, the regulations and

the PRRB Rules require, for both optional and mandatory (CIRP group appeals that there must be a "single question of fact or interpretation of law, regulations, or CMS Rulings that is common to each provider in the group." 42 C.F.R. §1837(a)(2); PRRB Rule 12.2.

27.       In the 2008 final rule promulgating section 405.1837, 73 *Fed. Reg*. 30, 190 (May 23, 2008) (2008 Final Rule), the Secretary stated that "[o]ur proposals for group appeals were made with the view that, to the extent we have discretion under the statute, we should allow appeals to be brought as group appeals so as to reduce the workload on the Board, as well as the burden on providers and intermediaries." 73 *Fed. Reg*. at 30,209. However, the Secretary incorrectly read the statutory language "a common question of fact or interpretation of law or regulations" to mean "a single common question of fact or interpretation of law or regulations." *See id*. at 30,212 ("The statute requires that a group appeal involve only a common question (singular) of fact or interpretation of law or regulations. The regulations at § 405.1837(a)(2) further specify that a group appeal involve a single question of fact or interpretation of law, regulations, or CMS Rulings that is common to each provider in the group."). Ostensibly, Congress had the same goal as the Secretary, namely, that a group appeal would be a more efficient process than separate provider appeals in reducing the Board's backlog and would reduce the financial and administrative burden on providers and Medicare contractors. Yet, the Secretary did not attempt to explain why Congress would have wanted to force a group of say, 100 providers, that all have seven issues in common, to bring seven different group appeals.

28.       The regulations permit a provider to obtain expedited judicial review on more than one legal issue in the same appeal. *See* 42 C.F.R. §405.1842(a)(2) ("Each EJR decision by the Board must include a specific jurisdictional finding on the matter(**s**) at issue, and, where the Board determines that it does have jurisdiction on the matter(**s**) at issue, a separate determination of the Board's authority to

decide the legal question(**s**);  §405.1842(b)(2) ("A provider or group of providers may request the Board to grant EJR of a specific matter or matters under appeal, or the Board on its own motion may consider whether to grant EJR of a specific matter or matters under appeal").  The Secretary does not explain in the 2008 Final Rule or elsewhere why he interprets the statutory language pertaining to EJR, i.e., "**a** question of law or regulations relevant to the matters in controversy" and "**the** question of law or regulations relevant to the matters in controversy," *see* 42 U.S.C. § 1395oo(f)(1), as permitting multiple questions or legal issues in a request for expedited judicial review EJR), while at the same time claiming that the statutory language pertaining to group appeals, i.e., **a** common question of fact or interpretation of law or regulations," *must* be read as requiring that a group appeal may contain only a *single* question or legal issue.   Nor has the Secretary offered any reason why Congress would have wanted to limit EJR petitions that challenge multiple regulations to be limited to single provider appeals.

29.        In addition, to wrongfully prohibiting providers from prosecuting group appeals with more than one "issue," the PRRB also takes an impermissibly expansive approach as to what constitutes separate issues.  The regulations at 42 C.F.R. § 405.1835 contain requirements for appealing an "issue" and a time limit on adding an "issue" – not on "sub-issues" or "components" of an issue.

30.        In this case, each of the six groups appealed a single issue, namely the calculation of the Medicare Fraction component of the DSH DPP.  The Hospitals have multiple reasons why they believe their Medicare Fractions were calculated incorrectly, but that does not change the fact that a single adjustment and a single legal issue are involved.

### REQUIREMENTS FOR OBTAINING EXPEDITED JUDICIAL REVIEW

31.        The Medicare Statute provides that a provider or a group of providers may obtain expedited judicial review (EJR) if the provider or group;

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

may obtain a hearing under subsection (a) and has filed a request for such a hearing, such provider may file a request for a determination by the Board of its authority to decide the question of law or regulations relevant to the matters in controversy (accompanied by such documents and materials as the Board shall require for purposes of rendering such determination). The Board shall render such determination in writing within thirty days after the Board receives the request and such accompanying documents and materials, and the determination shall be considered a final decision and not subject to review by the Secretary. If the Board fails to render such determination within such period, the provider may bring a civil action (within sixty days of the end of such period) with respect to the matter in controversy contained in such request for a hearing.

42 U.S.C. § 1395oo(f)(1).  Similarly, the regulations provide that a provider the right to seek EJR of a legal question relevant to a specific matter at issue in a Board appeal if there is Board jurisdiction to conduct a hearing on the matter  . . .  and the Board determines it lacks the authority to decide the legal question. . . ."  42 C.F.R. §405.1842(a)(1),  42 U.S.C. § 1395oo(f)(1).

32.        The PRRB's determination that the Hospitals did not file a complete EJR request is factually and legally incorrect.

33.        The Medicare Statute also provides that the PRRB may consider and grant EJR on its own motion.  42 U.S.C. § 1395oo(f)(1); 42 C.F.R. §405.1842(c).  In granting the PRRB the authority to grant EJR on its own motion, Congress expects the PRRB to exercise its discretion in a reasonable manner.  The failure of the PRRB to grant EJR on its own motion, under the facts and circumstances of this case was a gross abuse of the PRRB's discretion.

## SPECIFIC FACTS PERTAINING TO THIS CASE

34.        Between the dates February 21, 2025 and March 7, 2025, Quality Reimbursement Services, Inc. (QRS), as the appointed representative for the Hospitals that are the Plaintiffs in this civil action, sought EJR on behalf of the Hospitals **on the sole issue of "whether CMS unlawfully interprets the term 'entitled' in applying differential treatment to the counting of days to compute the Medicare DSH payment**. See 42 U.S.C. § 1395ww(d)(5)(F)(i)(I) and (d)(5)(F)(v)." (and *see,* **Exhibit**

**"A1" through "A41"**). QRS filed a total of forty-one (41) Group Appeals, which were titled by the PRRB to reflect nomenclature common to such DSH appeals. EACH letter seeking EJR from the Board was sent to the Board reflecting just a single Group Appeal (or, Group CIRP appeal), and as reflected throughout Exhibit A1 through A41, were more or less identical in nature (with a few inclusions of a footnote discussing the three Codes utilized by the SSA, *see* paragraph 18, *supra.*

35.     The gravamen of the Group Appeals as a whole concern and hence describe in greater detail the Statement of Issue set forth within each Group Appeal's Position Paper to the effect that the Board's assigned MAC failed to follow the provisions of the Medicare Act in calculating each Hospital's PPA (Provider Percentage Adjustment) which ultimately determines the increase, if any of additional DSH reimbursement to the Hospital. Moreover, each Plaintiff made clear that the specific regulations under appeal are (1) 42 C.F.R. §412.106(b)(2)(i), which after the FY 2005 IPPS final rule, limited the Medicare Fraction to "covered" patient days; (2) 42 C.F.R. §412.106(b)(2)(i)(B), by which CMS includes in the Medicare Fraction days "furnished to patients who during that month were entitled to both Medicare Part A (including Medicare Advantage (Part C)) and SSI, excluding those patients who received only State supplementation"; and (3) directions issued by CMS to the MACs for calculating the Providers' Disproportionate Patient Percentage for the costs years at issue by including non-covered (total) days.  QRS asserts that the Hospitals  challenged (1) the FY 2005 final rule as being procedurally and substantively invalid with respect to Part C days, exhausted days and MSP days; (2) section 412.106(b)(2)(i)(B) as being arbitrary and capricious for being internally inconsistent and not making a principled basis for including non-covered (total) **Medicare** days in the denominator of the Medicare Fraction but including only paid SSI days in the numerator of the Medicare Fraction; and (3) the directions given by CMS to the MACs, which followed the D.C. Circuit's decision in *Allina Health Servs. v. Sebelius*, 746 F.3d 1102 (D.C. Cir. 2014), as being an

invalid substantive rule because it has substantive effect but did not go through notice and comment rulemaking procedures.  QRS further asserts that because all three of these rules, either singly or in combination, affect the amount of DSH reimbursement claimed by the Hospital, and because the Board did not have the authority to invalidate any of them, it was appropriate for the Board to grant EJR for the six groups.

36.    In four separate EJRa Determination Letters issued by the Board to Plaintiffs (three Groups set forth in a March 24 Letter, twelve Groups in another March 24 Letter, ten Groups addressed in a March 27 Letter, and sixteen Groups so addressed in a March 28 Letter), the Board issued its denial for Expedited Judicial Review. (*see,* **Exhibit A1 through A41**).  For brevity sake, and justifiably so, it is warranted to state that while a few factors in each lengthy denial Letter does vary from one to another, the basis and supporting law for the denials, as well as the "Decision of the Board" and "Conclusion" are essentially of the cut-and-paste variety; identical argument, Decision of Board and above all, identical rationale for dismissal and argument.  And, the exact same outcome.

37.    Regulation 42 C.F.R. 405.1837(f)(2)(ii) provides that "[w]hen the appeal is found to involve more than one factual or legal question common to each provider, the Board *must* assign a separate case number to the appeal of each common factual or legal question and conduct further proceedings in the various appeals separately for each case" (emphasis added).  The Board, however, did not, at any time throughout the appeals process bifurcate the alleged "multiple" issues into separate group appeals.

38.    Regulation 42 C.F.R. §412.106(b)(2)(i)(B), by which CMS includes in the Medicare Fraction days 'furnished to patients who during that month were entitled to both Medicare Part A (including Medicare Advantage (Part C)) and SSI, excluding those patients who received only State supplementation.'"  It is uncontested that this regulation is the source of the Secretary's longstanding

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

(since May 1986, 51 *Fed. Reg*. 16,772 ) policy of including only paid SSI days in the numerator of the Medicare Fraction, and it was disingenuous of the Board to claim that the Hospitals had not sufficiently identified the binding authority they were challenging.  The Board was well aware of the challenged policy and the source of that policy.  For example, the policy of including only paid SSI days in the numerator of the Medicare Fraction was discussed at length in the *Baystate Medical Center* four-day hearing before the PRRB, as well as in the subsequent litigation.   *See Baystate Medical Center v. Leavitt*, 545 F. Supp. 2d 20, 28 (D.D.C. 2008), *amended in part*, 587 F. Supp. 2d 37 (D.D.C. Nov. 7, 2008), judgment entered, 587 F. Supp. 2d 44 (D.D.C. Dec. 8, 2008).   Moreover, in response to the *Baystate* litigation, in the FY 2011 IPPS final rule, the Secretary changed certain aspects of its Medicare/SSI matching process with the Social Security Administration but reiterated its longstanding policy of including only paid SSI days in the numerator of the Medicare Fraction. *See* 75 *Fed. Reg*. at 50280-81.  In November 2013, when several of the Group Appeals were filed, the Board had to be well aware of this policy and the 2011 IPPS final rule, to the extent and surprise that on or about July 11, 2018, the Board found it was not bound by the language in the 2010 final rule, solely because it found (incorrectly) that the policy expressed in the rule was not applicable to cost years prior to the 2010 final rule.

39.      Throughout the Group Final Position Papers, it was abundantly clear that the subject group appeals do involve several of the Board's new rules, both Final as well as its frequently issued advisory opinions sent to all DSH health care providers that not one Group appeal involved multiple legal issues, but rather the single legal issue of whether CMS's policy of including only "covered" days (i.e., days for which the patient was paid SSI) is invalid and identified regulation 412.106(b)(2) as the legal authority that the Providers were challenging. Plaintiffs are adamant that they believes there are multiple reasons or arguments as to why the policy and the regulation at issue are invalid,

but this does not change the fact there is but one legal issue involved each of the EJR Group Appeal requests. If these at the group appeals were properly filed and that EJR requests were properly submitted, but should the Board disagree, it must, in accordance with section 405.1837(f)(2), assign separate case numbers to what the Board considers to be separate legal questions.

42.        Whether the Board has jurisdiction in this case is a simple matter of knowing whether the appeal was filed timely and whether the amount in controversy was met.  The Hospitals have satisfied both these requirements, as the Board well knows.  As the record before the Board (specifically, the Model G, Statement of Providers for each of the six Groups) shows, each Provider's request for a hearing was made within 180 days of receipt of the Provider's NPR, and the amount in controversy for each Group was many times the statutory $50,000 minimum.  The Board's various statements about not having "jurisdiction" over the alleged multiple issues is inaccurate and misleading.  The regulations and Board rules (which are challenged here) prevent the Board considering more than one issue in a group appeal, but this is a matter of the Board's authority and manner in which to conduct a group appeal, and not a matter of "jurisdiction.  The Board has jurisdiction  over the six group appeals.

43.        The Board has never taken issue with the above-stated facts in the Model G, Statement of Providers for each of the thirty-nine groups. The Board implicitly acknowledged that it had jurisdiction over the six group appeals.  The Board did not question whether it had jurisdiction or ask QRS to provide any information concerning jurisdiction other than what was already provided in the record but proceeded to require QRS to identify all regulations in which the Hospitals were challenging.

44.        The statute provides that hospitals may obtain EJR if the Board *has* jurisdiction over their appeals (and the Board is without authority to decide a legal issue or issues)  – it does not say that

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT

hospitals may obtain EJR only after the Board *determines* that it has jurisdiction.   *See* 42 U.S.C. §

1395oo(f)(1) ("if a provider of services may obtain a hearing under subsection (a) and has filed a

request for such a hearing, such provider may file a request for a determination by the Board of its

authority to decide the question of law or regulations relevant to the matters in controversy").

Likewise, regulation 42 C.F.R. §405.1842(a)(1) states that "this section implements provisions in

section 1878(f)(1) of the Act that give a provider the right to seek EJR of a legal question relevant to

a specific matter at issue in a Board appeal *if there is Board jurisdiction to conduct a hearing on the

matter*" (emphasis added).   Certain regulations provide that a provider may not file a civil action

unless and until the Board has *determined* that it has jurisdiction over the provider's appeal.  *See, e.g*.,

42 C.F.R. §§405.1842(a)(4), 405.1842(g)(1)(v), 405.1842(g)(2), 405.1842(g)(3), 405.1877(a)(3).

Such regulations, and any others that purport to prevent a provider from filing a civil action unless

and until the Board has determined it has jurisdiction, are contrary to the plain language of the statute

and internally inconsistent with regulation 42 C.F.R. §405.1842(a)(1).

45.      Rule 8 of the PRRB Rules state that;

> Some issues may have multiple components. To comply with the requirements
> of 42 C.F.R. § 405.1835, appeal requests must specifically identify the items
> in dispute, and each contested component must be appealed as a separate issue
> and described as narrowly as possible using the applicable format outlined in
> Rule 7. Several examples are identified below, but these
> examples are not exhaustive lists of categories or issues.
> Rule 8 A. lists nine non-exclusive  "examples" of DSH sub-issues.

46.      The PRRB's determination that no more than one "issue" can be presented in a group appeal

is a final determination and is appealable to this court under 28 U.S.C. § 1331 under the exception in

*Bowen v. Michigan Academy of Family Physicians*, 476 US 667 ((1986).

47.       The PRRB's determination that the Hospitals appealed more than one "issue" in their group

appeals can be presented in a group appeal is a final determination and is appealable to this court

under 28 U.S.C. § 1331 under the exception in *Bowen v. Michigan Academy of Family Physicians*, 476 US 667 ((1986).

## Count I

### Violation of Administrative Procedure Act

48.    Plaintiffs incorporate by reference paragraphs 1. – 47 of this Complaint.

49.    The APA provides that "reviewing court shall . . . hold unlawful and set aside agency action . . . found to be . . . (A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; . . . (C) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right; (D) without observance of procedure required by law; [or] (E) unsupported by substantial evidence." 5 U.S.C. § 706(2).

50.    The Secretary's regulation at 42 C.F.R. § 405.1837, requiring that group appeals contain only a single issue are contrary to the plain language of 42 U.S.C. §1395oo(b), and is arbitrary and capricious.

51.    The Secretary's regulations that purport toTK prohibit a provider from seeking EJR before a court unless and until the Board has determined that it has jurisdiction over the provider's appeal are contrary to the plain language of the statute and internally inconsistent and arbitrary and capricious.

52.    PRRB Rules 12 and 13 that require there be only one issue in a group appeal are contrary to the plain language of 42 U.S.C. §1395oo(b), are based on an invalid regulation, are arbitrary and capricious, and are procedurally invalid for failure to abide by notice and comment procedures of the APA, 5 U.S.C. § 553, and notice and comment procedures of 42 U.S.C. §1395h.

53.    PRRB Rule 8, which divides an issue into subcomponents of an issue or sub-issues and considers arguments to be issues, for purposes of filing a group appeal is contrary to the plain language of 42 U.S.C. §1395oo(a), is arbitrary and capricious, and is procedurally invalid for failure

to abide by notice and comment procedures of the APA, 5 U.S.C. § 553, and notice and comment procedures of 42 U.S.C. §1395h.

54.     The PRRB's denial of EJR on the basis there were multiple issues in the EJR petitions must be set aside because it was based on invalid rules.

55.     The PRRB's finding that there were multiple issues in the EJR petitions is arbitrary and capricious and not supported by substantial evidence.

56.     The PRRB's various determinations over the course of the proceedings before it that the Hospitals did not renew its request for EJR,  did submit a complete request for EJR, did not sufficiently identity the authority that was binding on the PRRB, and did submit a "standalone" request for EJR are arbitrary and capricious and not supported by substantial evidence.

57.     The PRRB's failure to grant EJR on its own motion is arbitrary and capricious.

## Count II

## Mandamus

58.     Plaintiffs exhausted their administrative remedies for purposes of mandamus jurisdiction and were owed the non-discretionary duty by the Secretary and the PRRB to issue regulations and instructions that are consistent with the Medicare Statute and apply such regulations and instructions in the adjudication of Plaintiffs' requests for EJR.

59.     The Secretary and the PRRB violated their non-discretionary duty by issuing and applying regulations and instructions that were inconsistent with the Medicare Statute.

60.     Because the PRRB found that the group appeals involved more than one factual or legal question common to each provider, it had the nondiscretionary duty under  regulation 42 C.F.R. 405.1837(f)(2)(ii) to "assign a separate case number to the appeal of each common factual or legal

question and conduct further proceedings in the various appeals separately for each case." The PRRB

failed to follow such requirements of such regulation.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter an order:

1. Declaring invalid and vacating regulation 42 C.F.R. § 405.1837(a)(2) and (f), and any other regulation that requires group appeals to contain only one issue, and enjoining the Secretary from applying such regulations;

2. Declaring Provider Reimbursement Review Board Rules 8, 12 and 13  procedurally and/or substantively invalid and of no legal effect;

3. Reversing the PRRB's finding that the Hospitals did not file a complete request for EJR

4. Reversing the PRRB's denial of expedited judicial review (EJR) and remanding the matter to the PRRB for a new EJR decision within 30 days of the Court's remand order; or alternatively, should the Court find the denial of EJR was proper, remanding the matter to the PRRB with instructions to follow and implement the requirements of regulation 42 C.F.R. 405.1837(f)(2)(ii) within 30 days of the Court's remand order; and

5. Awarding Plaintiffs costs and any and all such further relief as the Court may deem just and proper under the circumstances.

Dated: April 1, 2025                         Respectfully submitted,

                                             ALAN J. SEDLEY LAW CORPORATION

                                             By: /s/ Alan J. Sedley_____
                                             Alan J. Sedley, Esq. Bar# OH0017
                                             18880 Douglas, Suite 417
                                             Irvine, CA 92612
                                             Phone: 818.601.0098

                                             *Attorneys for Plaintiffs*

COMPLAINT FOR JUDICIAL REVIEW OF ADVERSE AGENCY DECISION ON MEDICARE REIMBURSEMENT